No. 76, Orig. CALIFORNIA *v.* TEXAS. Motion for leave to file bill of complaint set for oral argument in due course. [For earlier order herein, see *ante,* p. 993.]

No. 76–1610. AYALA ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 814.] Motion of petitioner to reopen and supplement record granted.

No. 77–69. PANORA, REGISTRAR OF MOTOR VEHICLES OF MASSACHUSETTS *v.* MONTRYM. Appeal from D. C. Mass. Motion of appellees to vacate judgment granted. The Court's order of October 31, 1977 (*ante,* p. 916), vacating judgment of the District Court and remanding case for further consideration is hereby vacated, and appeal is restored to Court's docket for appropriate action. Should the parties desire to file supplemental briefs in light of the District Court's October 6, 1977, opinion, they may do so on or before March 24, 1978.

No. 77–408. INGALLS SHIPBUILDING CORP., DIVISION OF LITTON SYSTEMS, INC. *v.* MORGAN ET AL., *ante,* p. 966. Motion of respondents for attorney's fees denied without prejudice to presenting a motion to the United States Court of Appeals for the Fifth Circuit.

No. 77–599. PARKHILL-GOODLOE CO., INC., ET AL. *v.* McINTOSH ET AL., *ante,* p. 1033. Motion of respondent Rudolph McIntosh for award of attorney's fee denied without prejudice to presenting a motion to the United States Court of Appeals for the Fifth Circuit.